**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

WANXIA LIAO,                                                                    No. C 08-02776 SBA

        Plaintiff,                                                           **ORDER**

  v.

JOHN ASHCROFT, United States
Attorney General, *et al.*,

        Defendants.

---

On June 4, 2008, plaintiff, in propria persona, sued 21 defendants. *See* Docket No. 1. Plaintiff did not obtain summonses for them until September 10, 2008. *See* Docket No. 6. More than six months after filing her complaint, only two defendants have appeared, and no proofs or waivers of service have been filed with the Court. Under Federal Rule of Civil Procedure 4(m):

> If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff filed her complaint on June 4, 2008, but prior to October 4, 2008, did not request an extension of time to serve. Plaintiff did not even obtain any summonses until more than 90 days after filing. Plaintiff has until January 10, 2009 to file with the Court a proof of service or a waiver of service for each defendant who has not filed an appearance by January 10, 2009. After that date, those defendants for whom plaintiff has not filed a proof or waiver, and who have not appeared, will

///
///
///
///
///

1  be dismissed without prejudice, unless on or before January 10, 2009, plaintiff can show good cause
2  why she should have an extension of time for service, under Rule 4(m).

4        IT IS SO ORDERED.

6        December 19, 2008            _Saundra B Armstrong_
                                          Saundra Brown Armstrong
                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAO et al, | Case Number: CV08-02776 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ASHCROFT et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wanxia Liao
7 Beatrice Street
Toronto, Ontario,   M6J 2T2

Dated: December 22, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

3