Wanxia Liao
Plaintiff
7 Beatrice St.,
Toronto, Ontario
Canada M6J 2T2
Tel: 416-537-0656

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA

WANXIA LIAO,

              Plaintiff,

     vs.

JOHN ASHCROFT, Attorney General of United States;

ALBERTO GONZALES, formerly Attorney General of

United States;

KEVIN CALLAHAN, paralegal of DOJ;

RACHEL MEDWIN, paralegal of DOJ;

MARK J. KAPPELHOFF , Section Chief of the Civil

Rights Division, DOJ;

ARTHUR BALIZAN, Acting Special Agent of FBI;

ROBERT MUELLER, Director of FBI;

JERRY TIDWELL, Risk Management Manager of SF

Police Department;

HEATHER FONG, the Chief of Police for SF Police

Case No.: C08-02776

**COMPLAINT**

**AND**

**DEMAND FOR JURY TRIAL**

*First amended*

Department;

JOE URQUHART, formerly Foreperson of SF Indictment

Grand Jury;

JENNI PARRISH, formerly Acting Foreperson of SF

Civil Grand Jury;

SAN FRANCISCO SUPERIOR COURT;

CITY AND COUNTY OF SAN FRANCISCO;

SAN FRANCISCO POLICE DEPARTMENT;

CLAUDIA WILKEN, judge of US District Court for

Northern District of California;

SAUNDRA BROWN ARMSTRONG, judge of US

District Court for Northern District of California;

KAY YU, Deputy Attorney General of California;

EDMUND G. BROWN JR. Attorney General of

California;

MICHAEL LAURENSON, lawyer of Gordon & Rees

LLP;

GORDON & REES LLP;

CNN;

YOUTUBE;

CHRISTPHER SMITH, Chairman of 109th Congress

Subcommittee on Africa, Global Human Rights and

International Operations

Defendants

## NATURE OF THE ACTION

1.  This is a constitutional, civil, and human rights case challenging the racially motivated refusals by United States government officials and California state officials to investigate my criminal complaints, and the conspiracy by federal justice administrative officials with the US major media to place a secret prior restraint on my Internet free speech about my human rights case without due process of law in purpose to cover up my human rights cases against the US, etc. By these unlawful acts, the Defendants, acting under color of state law, violated my rights to Equal Protection under the Fourteenth Amendment, to free speech under the First Amendment, violated §1985 of USC for Conspiracy to Interfere with Civil Rights, etc. This action seeks damages and declaratory relieves under Title 42, Section 1983 of the United States Code and other federal and California State statutes, etc.

## JURISDICTION AND VENUE

2.  I am a citizen of Canada, the Defendants are citizens of US. The original jurisdiction is conferred on this Court by 28 U.S.C. 1332. This Court also has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act).

3.  Venue is proper in the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1391(b) in that a substantial part of the events giving rise to my claims occurred in this District.

**JURY DEMAND**

4.  I demand trial by jury in this action on each and every one of my claims.


**PARTIES**

5.  I, plaintiff of this case, Wanxia Liao, am a citizen of Canada, immigrant from China.

    Currently reside in Toronto, Canada.


US Department of Justice Defendants:

6.  Defendant John Ashcroft is the Attorney General of US. He is sued in his individual and

    official capacities, under §1983, for violation of Fourteenth Amendment equal protection

    clause, violation of First Amendment free speech clause and violation of §1985- Conspiracy

    To Interfere With Civil Rights.


**7.**  Defendant Alberto Gonzales is former Attorney General of US. He is sued in his individual

    and official capacities, under §1983, for violation of Fourteenth Amendment equal protection

    clause, violation of First Amendment free speech clause and violation of §1985 - Conspiracy

    To Interfere With Civil Rights.


8.  Defendant Kevin Callahan is a Paralegal for the Criminal Section of the Civil Rights

    Division, US Department of Justice. He is sued in his individual capacity, under §1983, for

    violations of Fourteenth Amendment equal protection clause. He is also sued for intentional

    infliction of emotional distress.

9.  Rachel Medwin is a Paralegal for the Criminal Section of the Civil Rights Division, US Department of Justice. She is sued in her individual capacity, under §1983, for violations of Fourteenth Amendment equal protection clause.

10. Mark J. Kappelhoff is Criminal Section Chief with the Civil Rights Division of the DOJ. He is sued in his individual and official capacities, under §1983, for violations of Fourteenth Amendment equal protection clause

FBI Defendants:

11. Defendant Arthur Balizan is the former Acting Special Agent in Charge of FBI San Francisco. He is sued in his individual capacity, under §1983, for violations of Fourteenth Amendment equal protection clause.

12. Defendant Robert Mueller is Director of FBI. He is sued in his individual and official capacities, under §1983, for violations of Fourteenth Amendment equal protection clause.

San Francisco Police Department Defendants:

13. Defendant Jerry Tidwell is the Risk Management Manager of San Francisco Police Department. He is sued in his individual capacity, under §1983, for violations of Fourteenth Amendment equal protection clause. He is also sued for violation of Section 682 of California Penal Code.

14. Defendant Heather Fong is the Chief of Police for San Francisco Police Department. She is sued in her individual and official capacities, under §1983, for violations of Fourteenth Amendment equal protection clause. She is also sued for violation of Section 682 of California Penal Code.

San Francisco Grand Jury Defendants:

15. Defendant Joe Urquhart is the former Foreperson of San Francisco Indictment Grand Jury (2006B). He is sued in his in his individual capacity, under §1983, for violations of Fourteenth Amendment equal protection clause. He is also sued for violations of the California Constitution, Article 1, Section 23 (a).

16. Jenni Parrish is the former Acting Foreperson of San Francisco Civil Grand Jury (2006-2007). She is sued in his in her individual capacity, under §1983, for violations of Fourteenth Amendment equal protection clause. She is also sued for violations of the California Constitution, Article 1, Section 23 (a).

San Francisco City and County government Defendants:

17. Defendant San Francisco Superior Court is the government agency in charge of San Francisco Grand Jury. It is sued under §1983 for a declaratory judgement for violation of Fourteenth Amendment equal protection clause.

18. Defendant City and County of San Francisco and San Francisco Police Department are sued under §1983 for violation of Fourteenth Amendment equal protection clause.

US District Court Defendants:

19. Defendant Claudia Wilken is a judge of US District Court for Northern District of California. She is sued in her official capacity, under §1983, for a declaratory judgement for violation of Fourteenth Amendment due process right, and violation of Section 144 of the USC.

20. Defendant Saundra Brown Armstrong is a judge of US District Court for Northern District of California. She is sued in her official capacity, under §1983, for a declaratory judgement for violation of Fourteenth Amendment due process right.

State of California Defendants:

21. Defendant Kay Yu is Deputy Attorney General of California. She is sued in her individual capacity, under §1983, for violation of Fourteenth Amendment due process clause. She is also sued for damages for violation of §6128 of California Business and Profession Code.

22. Defendant Edmund G. Brown Jr. is the Attorney General of California. He is sued in his official capacity, under §1983, for a declaratory judgement for violation of Fourteenth Amendment due process right.

Gordon & Rees LLP Defendants:

23. Defendant Michael Laurenson is a lawyer of Gordon & Rees LLP, counsels on record to Defendant of my civil rights case. He is sued for subornation of perjury, in violation of Title 18, U.S.C., §1622, and violation of §6128 of California Business and Profession Code.

24. Defendant Gordon & Rees LLP is a law firm representing the Defendant of my civil rights case. It is sued for subornation of perjury, in violation of Title 18, U.S.C., §1622, and violation of §6128 of California Business and Profession Code.

US media Defendants:

25. Defendant CNN is a US broadcasting media corporation. It is sued for conspiracy to interfere with civil rights in violation of §1985 USC and violation of free speech clause of First Amendment.

26. Defendant Youtube is a US Internet media corporation. It is sued for conspiracy to interfere with civil rights in violation of §1985 USC and violation of free speech clause of First Amendment.

Defendant of US Congress:

27. Defendant Christopher Smith is the Chairman of the 109th US Congress Subcommittee on Africa, Global Human Rights and International Operations. He is sued in his official capacity, under §1983, for a declaratory judgement for violations of 14th Amendment of US Constitution and Article 26 of International Covenant on Civil and Political Rights.

**BACKGROUND**

28. In 1991, when I was a MA student at the University of Toronto, Canada, I had an academic dispute with a professor in East Asian Studies Dept., David Waterhouse. Waterhouse made a

finding that "beautiful" is a European concept and Asians did not have the concept in history, because it was the "first aesthetic response in history" that Adam and Eve in Bible story found the trees "pleasant to sight", yet the Japanese word and Indian word "beautiful" did not originally mean what Adam and Eve felt. Waterhouse then called to establish a "biological/racial approach" to art history studies that stemmed out from an art history theory formulated in 1930's Germany which was criticized by American Jewish art historian Schapiro as "significantly promoted race feelings" in history.

29. I asked Waterhouse about the origin of English word "beautiful" and he checked out that it was borrowed from Latin language; I submitted to him that the Chinese word "beautiful" originally meant "pleasant to sight". Then I found myself being subject to Waterhouse's prejudice that "Poor Chinese still want to claim historical inventions" in a later class. In response I provided him in my term paper with material evidences not only from the Chinese but some other sources to prove that the concept of "beautiful" is universal to all human beings in history. I also requested his elaboration on his "biological approach" theory.

30. While admitting to me by writing that he had to agree with my findings on the concept of beauty, Waterhouse took a reprisal harassment against me that was purposed to interfere with my Ph.D application and that consisted of a series of fraud, in violation of the university's grading systems, and academic regulations. The violations so far known to me are: a). Waterhouse frauded a B as 'final grade" of the course for me while the course was still in progress and submitted it to the Graduate School and the department admission committee for its admission and scholarship ranking meeting; b). when submitting this fraudulent grade,

Waterhouse bypassed the Chair of the department for grade reviewing as required by the university's grading policy, and the then Chair is Asian in ethnicity (Korean); c). Waterhouse provided a reference letter for my Ph.D application in that he fraudulently identified himself as my program supervisor to magnify his capacity in his objection of my application; d). his objection to my application was based on an erroneous ground since as an art history course instructor, Waterhouse had no academic capacity to make the judgement that my academic preparation for another academic field - Chinese literature studies was inadequate. This fraud directly caused the failure of my application for Ph.D program.

31. After I complained to the Ontario Human Rights Commission (the OHRC), the Canadian government worked up against me to cover up for Waterhouse. In the meanwhile, an American White professor, James Cahill of the University of California at Berkeley, after learning the racial dispute background of my Complaint to OHRC, joined the conspiracy with the Canadian government to cover up Waterhouse's fraud and his racial prejudice in his theory for him. Before the OHRC dismissed my Complaint, Cahill and the OHRC, and the U of T conspired to set me up for a criminal prosecution with an entrapment for a bogus charge of "uttering death threat" in May 1995.

32. The Commission fist deceived me by telling me that under the Commission's confidentiality rule: "Everything you tell the Commission is only between you and the Commission", and that I had the duty to tell the Commission "everything true". Then the investigator Strojin used my trust on this confidentiality rule to frequently solicit my angry expressions by asking me incriminating questions over our telephone conversations. Then the prosecution was

directly initiated in April of 1995 by Cahill's Opinion. In it, while backing up Waterhouse, Cahill deliberately disclosed his breach of the re-reading confidentiality rule policy to have detailed exchange of information with U of T about my paper, indicated the valuable academic merits of my paper and problems of Waterhouse's article, and even acknowledged his political consideration for this Opinion that "some knowledge of the circumstances surrounding the paper and the grade certainty complicates the matter". All of these were to openly disclose his collusion with the U of T and the OHRC to me to provoke my anticipated anger. (As the letter written by U of T lawyer Blight indicates that the U of T and the OHRC had already prepared for my anger to the Opinion shortly before it arrived). Then the OHRC officer, when informing me about this Opinion over the phone, asked me: "What are you gonna do now?" Then he passed my angry crying "If they are going to kill me, I'm going to kill them, too" to U of T party, charging me with a criminal offence of "Uttering Death Threat to Waterhouse" The police laid the charge against me after the U of T's complaint in May of 1995. The OHRC, U of T, the police and the prosecutors in fact all knew that I did not pose any real threat to any one, as even the informant Strojin testified to the police at my first arrest that I "does not pose a real threat to the victim", and I assured the police at the same time that I would not do such a thing, and I was only angry when I answered Strojin's questions.

33. I defended myself and claimed that this entrapment is unlawful under S. 13 of the Canadian Charter of Rights and Freedoms that provides the right against self-incrimination under the Canadian Charter of Rights: "A witness who testifies in any proceedings has the right not to have any incriminating evidence so given used to incriminate that witness in any other

proceedings, except in a prosecution for perjury or for the giving of contradictory evidence". However, in June, 2000, and I was found guilty by Judge Knazan on one count of "Uttering Death Threats causing Waterhouse to receive threats", and was sentenced to a Conditional Discharge.

34. In April of 2002, I filed a civil rights case against Cahill with the San Francisco Superior Court. In order to protect Cahill, the whole California state court system was organized by the government to suppress my Complaint to cover up for him. This even include the officers of the justice system committing crimes against me - the forgery of court summons by a California Superior Court Supervisor Maura Ramirez, that caused me to be accused of a "vexatious litigant" and barred from filing new actions in court and I had to dismiss my action voluntarily to maintain the possibility to re-file; the unlawful law practice of deceit and fraud by "Deputy Attorney General" of California, Kay Yu, etc., and even the judges of the courts, including the Court of Appeal, would commit unlawful conduct such as to fraud California laws. After voluntarily dismissing my action in the state court, I re-filed it in June of 2003 with US District Court for the Northern District of California.

35. In the processes of my civil rights cases against him in federal court, on May 1, 2005, Cahill made a declaration under penalty of perjury for a question in issue - his absence periods from California in his residential history. This was the most crucial question decisively material to my case for reason of the tolling statute of limitations under s. 351 of California Code of Civil Procedures. Under penalty of perjury, Cahill made materially false, fictitious, and fraudulent statements that concealed the most crucial material facts of he and his wife's

separate residential and employment histories, and falsified their residential and employment histories. The federal District Court dismissed my civil rights case against him based on these falsified facts in this Declaration.

36. In the meanwhile, my another civil rights case in the same federal court against California courts judges and government officers was also dismissed by Judge Claudia Wilken by unlawful means - without even adjudicating most of my claims, etc.

37. During the course of my civil rights cases, in order to break the US media publication ban on my case, I tried to publicize my story on Internet news groups. On December 19, 2005, while I was posting on Yahoo's Message Board to reveal my case, I received a death threat that told me: "neither america nor canada is afraid of 'disappearing' people who they think actually pose a threat to them. So the fact that you are here and not gitmo, some yukon cell, or six feet under ALONE should tell you that they jut don't give a damn about what you think. Your lawsuit isn't some global conspiracy." This poster was undoubtedly speaking for the US and Canadian governments and did so as a knowledgeable insider of the governments.

38. Despite that all these crimes are all recorded on written documents, and all the facts so accurately match the descriptions of these offenses by the criminal laws of the US and Canada, the FBI and the US Department of Justice, the California San Francisco Police Department, the California District Attorney, all refused to investigate my complaints. In California, even the Grand Jury is in the tight control of the government, in that the Foreman was picked by the court, and the foreman controls what the other Grand Jurors would know,

(in violation of California and US constitutions that provide a grand jury can only decide on a complaint as a whole by votes), and so the Foreman just simply made a personal decision not to investigate my complaint.

## FACTS AND ALLEGATIONS SPECIFIC TO DEFENDANTS

US Department of Justice Defendants:

39. On November 10, 2005, I filed a criminal complaint with the Civil Rights Division of the DOJ, alleging criminal acts of US officials against my civil rights, that included California state judges, court clerk and California Deputy Attorney General for their conspiracy against me in my civil rights proceeding in California courts. The reply letter was written by Rachel Medwin on behalf of the Criminal Section Chief Mark J. Kappelhoff of the Civil Rights Division, dated November 28, 2005. It stated that "your complaint doe not involve a prosecutable violation of federal criminal civil rights statutes."

40. This letter did not provide me with any grounds, either factual or legal, for this conclusion. It appeared to me at the time that it was a "jurisdiction" problem. Since in this letter, the Division stressed to me that the Criminal Section of Civil Rights Division engages in investigating civil rights violations involving "violence", so I assumed that the reason for the refusal to investigate could be the fact that the violations alleged in my complaint did not involve violence.

41. On June 20, 2006, I sent the Criminal Section a criminal complaint about threats to my security of life that I received on a Yahoo's Message Board. However, despite this time this

time my Complaint did involve violence – threats of forced disappearance and death threats, I received a letter dated August 28, 2006 from Rachel Medwin, that again refused to investigate my complaint, for the same reason in the same sentence: "your complaint doe not involve a prosecutable violation of federal criminal civil rights statutes." Again, no any grounds provided. I only notice that this time, the statement about the jurisdiction of the Criminal Section of Civil Rights Division was described to a further limited scope – from the previous "violence against civil rights" to now "excessive physical force or sexual abuses by law enforcement officers".

42. On June 22, 2006, I sent a complaint to the Office of US Attorney General, complained against the former professor of UC Berkeley James Cahill, California state court clerk Maura Ramirez, California Court of Appeal judges Timothy Reardon, Patricia Sepulveda, Maria Rivera, California Deputy Attorney General Kay Yu, lawyers for Cahill Michael Laurenson, Marcie Isom and John Do (the poster threatening me on Yahoo's Message Board).

43. On November 28, 2006, Kevin Callahan of the Criminal Section wrote to me, informing me that my complaint to US Attorney General Alberto Gonzales dated on June 22, 2006 had been referred to the Criminal Section, and again, refused to investigate my complaint for the same conclusion in the same sentence: "your complaint doe not involve a prosecutable violation of federal criminal civil rights statutes." And again no any reason provided.

44. On January 30, 2007, I wrote to the Criminal Section to request clarification on the reasons for its refusal to investigate my complaints. I could not make certain about the reasons for the

refusal, because in each reply letter from the Criminal Section, there is no any reason provided except there is always a statement about the Criminal Section's jurisdiction.

45. On February 9, 2007, I telephoned the Civil Rights Division to ask for a reply to my inquiry, and was directed to talk with Callahan of the Criminal Section. Callahan acted in an astonishingly harassing and threatening manner towards me. To my request for clarification of the reason for the Criminal Section to dismiss my complaint, Callahan referred to the jurisdictional statements about the Criminal Section in the reply letters to me as reasons. However, during the conversation, when I asked for the reason why even the death threat on Internet would not be a violation of civil rights, he directly told me: "You think it is a crime, but WE don't think it is a crime!"

46. On March 14, 2007, Callahan responded by writing to my inquiry. And again there was still nothing but an exactly same jurisdictional statement about the Criminal Section, and then a conclusion: "we have concluded that your complaint does not alter out earlier decision in this matter." There is no clarification that I requested as to whether the finding that "your complaint doe not involve a prosecutable violation of federal criminal civil rights statutes" is adjudication on the merits of my complaint, and whether the only jurisdictional statements are the reasons for this conclusion.

47. It is the principle of laws that only jurisdiction can confer an authority the power to adjudicate the merits of a dispute. The Criminal Section does not have the right at law to make any adjudication on the merits of my complaint that it does not consider itself to have

jurisdiction to deal with. And the Attorney General disregarded my appeal that the Office of Attorney General improperly referred my Complaint to a subordinate section that does not have jurisdiction over my Complaint. By these unlawful acts, the DOJ Defendants have constituted a violation of my right to equal protection under the Fourteenth Amendment equal protection clause.

48. Aside from direct involvement of the refusal to investigate my criminal Complaint to DOJ, Defendant JOHN ASHCROFT and Alberto Gonzales, in their capacities as former and present Attorney General of US, at the time of the actions complained of in this case and at the present time, have ultimate responsibility for the implementation and enforcement of United States laws, and therefore are responsible for all the unlawful conducts of the DOJ officials.

49. Further and in particular, Defendant JOHN ASHCROFT and Alberto Gonzales, in their capacities as former and present Attorney General of US, are responsible for the prior restraint secretly imposed on my free speech on Internet in publicizing my case against the US by the US government (details in the "US Media Defendants" section). As the US government's operation of a prior restraint to prevent any individual to free speech through media can only be imposed in the name of law, and the administration of law is the jurisdiction of the DOJ. This secret prior restraint on my free speech is unlawful, as it was not acquired through lawful means. By lawful means, it must have been obtained publicly, with legal reasons provided and publicized, operated publicly, and I shall have the right to oppose and to be heard. Yet all of these did not happen. It was then a secret underground

government conspiracy, joined by the media Defendants. By doing so, Defendant JOHN ASHCROFT and Alberto Gonzales violated my rights to equal protection under Fourteenth Amendment, to free speech under First Amendment, and violated §1985 of the USC for Conspiracy To Interfere With Civil Rights.

FBI Defendants:

50. On September 27, 2005, I filed a criminal complaint with the San Francisco FBI, alleging criminal acts of US officials against my civil rights, that included California state judges, court clerk and a California Deputy Attorney General for their conspiracy against me in my civil rights proceeding in California courts.

51. Since I never received any response from the FBI, I faxed a letter to inquire about the status of my complaint in February 3, 2006. Chief Division Counsel Jennifer Wilson wrote back to me on February 7, 2006, advising me that "A check of FBI's records system shows no record of a communication from you. Should you wish to communicate with the San Francisco Division of the Federal Bureau of Investigation, please send it to…" I resent in the complaint, addressed to Jennifer Wilson. Yet again I never received any response.

52. On June 14, 2006, I revised my criminal complaint, narrowed down the scope of my complaint from a mainly criminal civil rights complaint to a mainly federal general crime complaint. I removed my complaint against the state judicial officers, the court clerk and the California Deputy Attorney General (and decided it would be better to pursue the remedies

against their crimes in California state jurisdiction), only left Cahill, and added complaints against John Do (Yahoo ID: cpetr13) and Michael Laurenson.

53. This complaint alleged that: James Cahill committed federal crimes: (1) Perjury, in violation of Title 18, Section 1621 of USC; (2) False declarations before grand jury or court, in violation of Title 18, Section 1623 of USC; John Doe (Yahoo ID: cpetr13) committed federal crime, in violation of Section 245 of the USC: Federally protected activities; Michael Laurenson committed federal crimes: Subornation of perjury, in violation of in violation Title 18, U.S.C., Section 1622.

54. On June 26, 2006, the then Acting Special Agent in Charge of FBI San Francisco, Arthur Balizan replied to my complaint and stated in his letter: "This is to acknowledge receipt of your letters dated February 9, 2006 and June 14, 2006, concerning a possible violation of your civil rights. The facts set forth in you letter do not constitute a federal civil rights violation, therefore, no investigation will be conducted."

55. On July 10, 2006, I made written inquiry to FBI San Francisco about my federal general crime complaints which the FBI did not respond to in its decision not to investigate my complaint. The FBI only decided the merits of my civil rights complaint under federal civil rights statutes, but did not respond to my federal general crime complaints. In my letter of inquiry, I stated my opinion that the FBI misconstrued my complaint as a civil rights complaint only so to avoid responding to my federal general crime complaints. I also objected the FBI's conclusion "The facts set forth in you letter do not constitute a federal

civil rights violation", and requested a statement of reasons from FBI for this conclusion

because there was no any reason either based on the facts of my complaint or at law

applicable to my complaint provided for the conclusion by FBI, and I understood I have a

right at law to a statement of reasons. I received no response.

56. The only basis for the FBI's decision not to investigate my complaint is a conclusion: "The

facts set forth in you letter do not constitute a federal civil rights violation". However, my

Complaint contains not only civil rights allegations but also general crime allegations, which

apparently the FBI totally disregarded. So without any adjudication on my general crime

allegations, my Complaint was dismissed.

57. The FBI has no lawful reason to ignore my allegations under the federal general crimes

statutes. Under the federal law, the FBI has the sole responsibility as the central law

enforcement agency to enforce the federal penal statutes. This is clearly established in The

Attorney General's Guidelines On General Crimes, Racketeering Enterprise And Terrorism

Enterprise Investigations.

58. As the federal "primary criminal investigative agency", the FBI is bound to respond to all

allegations of violations of federal general crime statute, and has investigative jurisdiction

over violations of more than 200 categories of federal crimes. In fact, a review of US federal

case laws shows that the FBI has conducted extensive investigations concerning federal

crimes such as perjury. The FBI so far has failed to provide me with any reason for not

investigating my allegations of Cahill's perjury etc. general crimes as it investigated for other

complainants. The FBI apparently refuses to comply with its clearly established duty at law to respond to my general crimes allegations, and just turns an blank eye on them. This is most covert deprivation of my right to equal protection of law under the 14th Amendment.

59. Further, the FBI did not make any facts finding on my Complaint, in stead it made a conclusion on my allegations. This is contrary to its lawful mandate as stipulated by The US Attorney Manual 1-2.303 Federal Bureau of Investigation, that the FBI is a fact finding agency only, because it did not conclude on issues of facts, but on an issue of law,

60. And when making this conclusion of law, the FBI did not provide a statement of reasons for it, either at law or facts. Under the federal administrative law, as a federal agency, the FBI is required to provide a brief statement of reasons for its findings.

61. Apparently the FBI intended to dismiss my complaint without any reasons. Because of the above stated, Balizan is sued under §1983, in his personal capacity, for under color of state law, depriving my right to equal protection guaranteed by 14th Amendment.

62. I complained to the Head of FBI Robert Mueller, but never received any response. Defendant Robert Mueller as Director of FBI, violated his duty at law. Robert Mueller is hereby sued for violation of my right to equal protection under 14th Amendment.

San Francisco Police Department Defendants:

Liao v.Ashcroft et al.

63. On February 8, 2007, I sent a criminal complaint to San Francisco Police Department, addressed to Office of Chief of Police, against crimes committed against me by James Cahill for perjury in violation of California Penal Code, § 118; Maura Ramirez, for forgery in violation of §§ 115 and 134 of California Penal Code, and §6200 of California Government Code; and Michael Laurenson for subordination of perjury in violation of California Penal Code §127.

64. On February 12,2007, I sent a copy of the same complaint to the Investigation Bureau of the police department. On May 4, 2007, I telephoned the Investigation Bureau to inquire about my complaint. Officer (badge # 637) who had the knowledge about my complaint, told me that the way for me to file the complaint is to file the complaint with the Canadian police, then the Canadian police would pass my complaint to San Francisco Police Department. However, there is NO any statutory law or regulation in US that denies a foreign resident's right to directly file a criminal complaint with law enforcement authorities of US against alleged crimes that occur in their jurisdiction.

65. I then filed a complaint to Office of Chief of Police to complain the handling of my criminal complaint by the police department. On June 1, 2007, Jerry Tidwell, Director of the Risk Management Office of the SF Police Department wrote back to me, informed me that my complaint had been forwarded to him by Police Chief Heather Fong. He then refused to conduct any investigation on my complaint for the following reasons:

66. "According to these unverified materials, you have been convicted of criminal activities related to the issues that you wish this Department to investigate. Further, in both United States Federal and State courts your issues and claims have been heard and evaluated. Again, based upon your own statements, on more than one occasion in each of these court systems these civil and criminal claims, including allegations of fraud and deceit, have been found to be without merit. "

67. Section 777 of California Penal Code stipulates that "Every person is liable to punishment by the laws of this State, for a public offense committed by him therein, except where it is by law cognizable exclusively in the courts of the United States". Here there is no condition attached to "every person", so it shall literally mean every human being, who is liable to punishment by laws of California for crimes this person committed within California. All the crimes alleged in my Complaint occurred in the jurisdiction of the SF Police Department. So not only federal law enforcement authorities, but also the state law enforcement authorities have the jurisdiction to prosecute such crimes.

68. And Section 682 of California Penal Code stipulates that "Every public offense must be prosecuted by indictment or information". Here "Every public offense" undoubtedly covers ALL offences regardless of the political or ethnic background of the victims such as his prior criminal convictions, whether or not the prior convictions were "related" to the presently alleged criminal violations against him. By refusing to investigate my complaint on ground of my prior criminal record, the SF police department has revised these laws in that "every

person" does not include persons whose crime victims have prior criminal record, and "every public offence" does not include those where victims have prior criminal record.

69. This is blatantly unlawful since not only it is contrary to the California penal codes provisions, but also a gross discrimination in administration of law based on political backgrounds of persons, in violation of Fourteenth Amendment. No one in California and US has ever been refused to investigate his criminal complaint by the government law enforcement agencies on grounds that this complainant has criminal record or had prior criminal conviction "related" to the matters being complained of. Even those who have been convicted for felony crimes and are serving jail terms in California still have the constitutional right to liberty from crimes and been protected by California penal laws, otherwise, the people with prior criminal record are no longer enjoying the basic human rights to security of life in California, and the US is no longer a civilized society, needless to say a "ruled by law" and "democratic" society. This discrimination against me by the SF Police Department is on basis of my racial/political background, since the only difference I have from other persons is that the crime perpetrators against me are a White middle class man who joined the racial persecution on me for my challenge of a White supremacy art theory, and his co-conspirators who although being minorities themselves but joined him for purpose of their personal gains.

70. And Jerry Tidwell used fraudulent and slanderous fact statements about my cases in refusing to investigate my complaint that "Again, based upon your own statements, on more than one

occasion in each of these court systems these civil and criminal claims, including allegations of fraud and deceit, have been found to be without merit."

71. The real fact is: no court, either federal or state, has so far ever made a finding on the merits of my <u>criminal complaint</u> against Cahill and Ramirez under any penal law, either state or federal. As for Laurenson, although when I filed the complaint with the SF Police Department, I had made a complaint with the State Bar of California against him, the cause of that complaint was violation of California Business and Profession Code - unlawful practice of law. Yet in my complaint to the SF Police Department, the cause of the complaint was for violation of another law - Subornation of perjury, in violation of California Penal Code 127. The causes of my criminal complaints to the Sate Bar and the SF police are different, and under California laws I do have the right to make criminal complaints against one person for different causes of actions under different laws. So the adjudication of unlawful practice of law by State Bar does not set a barrier for SF police to prosecute crimes of Laurenson.

72. And by law, the federal and state courts only dealt with my CIVIL claims against Cahill and Ramirez. These courts had NO jurisdictions to investigate and try my criminal complaints against the Defendants of my claims, because my cases before them were <u>CIVIL cases</u>, and this jurisdiction issue was stated by the federal court in addressing my complaint against Cahill's perjury crime when dismissing my complaint.

73. Defendant SFPD Police Chief Heather Fong endorsed these police misconduct and improperly delegated her duty of review as Chief of the police. It is the duty of the Chief to review the officer misconduct alleged by complainants, not the Risk Management Director. Heather Fong abused her position as Chief of the Police and endorsed all the above complained police misconduct.

74. I claim that all the above misconduct by the officers and hence by the SF Police Department have violated the laws of California and their mandatory duties in law enforcement. It is also a violation of my constitutional rights guaranteed by the Fourteenth Amendment.

San Francisco Grand Jury Defendants:

75. Defendant Joe Urquhart was Foreperson of San Francisco Indictment Grand Jury (2006-B). On July 28, 2006, I sent a criminal Complaint to the San Francisco Indictment Grand Jury, requesting the jury's investigation for crimes committed against me by James Cahill for perjury in violation of California Penal Code, § 118; Maura Ramirez, for forgery in violation of §§ 115 and 134 of California Penal Code, and §6200 of California Government Code; and Michael Laurenson for subordination of perjury in violation of California Penal Code §127.

76. On August 1, 2006, Urquhart sent me a letter to inform me that after a "careful personal review" and "with the assistance of legal advice", he decided that the Grand Jury must decline to act upon my complaint for reasons that "You more recent claim of fraud during a

federal court case in San Francisco would be more appropriately addressed to the United States Attorney's Office here, rather than us".

77. First, this is a violation of California Constitution, Civil Rights Amendments, Article 1, §23 (a) etc., that provides that "Each grand jury shall initially consist of twenty-three (23) persons, who shall make all decisions by a vote of twelve of the grand jurors present, with a quorum of 19." The Grand Jury functions lawfully only as a body. No individual grand juror, acting alone, has any power or authority. Because Urquhart substituted the vote of the Grand Jury for a decision on my Complaint with his own personal decision, although under the California Constitution, he, as a member of the jury, has no authority to do so. Second, while the federal authorities have the jurisdiction over my criminal Complaints, the state law enforcement authorities, including the Grand Jury also have the jurisdiction to investigate any citizen's indictment complaint.

78. The Grand Jury is a part of the Superior Court, and hence its act is under the color of the state, and Urquhart acted in the name of the Grand Jury. Therefore, he acted under color of state law and denied my constitutional right to equal protection under law guaranteed by the 14th Amendment that provides that no state shall deny to any person within its jurisdiction the equal protection of the laws.

79. Defendant Jenni Parrish was former Acting Foreperson of San Francisco Civil Grand Jury (2006-2007). On August 26, 2006, I sent a criminal Complaint to the San Francisco Civil Grand Jury, requesting the jury's investigation for San Francisco Superior Court Defendants'

unlawful conduct. On October 10, 2006, Parrish wrote back to me and inclined to investigate

my Complaint on a single ground that "Your concerns do not full under the jurisdiction of

San Francisco Civil Grand Jury." Yet pursuant to California Constitution, the civil Grand

Jury is responsible for investigation on government officials and government operations. This

is a violation of the California Constitution and 14th Amendment.


US District Court Defendants:

80. In May, 2005, I filed a 1983 Complaint For Damages and For Equitable Relief for Violations

of Fourteenth Amendment against San Francisco Superior Court judges Ronald Quidachay,

Paul Alvarado, clerk Maura Ramirez, etc. as the presiding judge to this case, Wilken

exceeded her jurisdiction to unlawfully deny my right to file affidavit pursuant to 28 U.S.C. §

144 - Bias or prejudice of judge.


81. On October 22, 2005, I filed a Declaration entitled "Declaration to Disqualify Judge Wilken"

pursuant to 28 U.S.C. § 144 - Bias or prejudice of judge. In that Declaration, I specifically

identified in the up-front that this declaration was filed pursuant to 28 U.S.C. § 144 Title 28

of the USC - Bias or Prejudice of Judge.


82. However, in the following proceedings, not only did Wilken disregard this s. 144 affidavit

but also she covered it up by totally omitting to even mentioning it in all the court

proceedings as if I never filed one, despite that I made written request to ask her to recognize

that what I filed was an s. 144 affidavit. This is contradictory to Section 144 of the USC and

s. 3-15 of the Local Rule of the District Court for Northern California.

83. Section 144 of the USC provides that Whenever a party files a timely and sufficient affidavit that the presiding judge has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding. Section 3-15 of the Local Rule of the District Court for Northern California 3-15 stipulates:

84. Whenever an affidavit of bias or prejudice directed at a Judge of this Court is filed pursuant to 28 U.S.C. § 144, and the Judge has determined not to recuse him or herself and found that the affidavit is neither frivolous nor interposed for delay, the Judge shall refer the request for disqualification to the Clerk for random assignment to another Judge.

85. Under these rules it is a mandatory requirement that a judge shall cease to proceed with the case when a party files s. 144 affidavit. I have grounds to believe that Judge Wilken deliberately misconstrued my Declaration as filed under s. 455, since in the Order, Judge Wilken based her test on my recusal request on "28 U.S.C. § 455(a)", instead of s. 144. And this was because she would not acknowledge my legal rights under s. 144 of the USC, and s. 3-15 of the Local Rules. I claim that I have these rights under the due process clause of the 14th Amendment.

86. Judge Armstrong as presiding judge over my case against James Cahill had serious abuse of process in handling the case against me and in favor of Cahill. She violated the procedural rules to from the first beginning, since she disregarded the discovery rules of the federal court that explicitly require the presiding judge to set up discovery steps at the first Case

Management Conference, totally ignored the discovery issue at the Conference. It was a deliberate conduct since I had made repeated requests for court's order to abide the defendants to discovery procedures and had submitted proposed discovery plan for the Conference. At the initial Case Management Conference Armstrong did not even allow me the chance to speak to reassert my request, and subsequently disregarded completely my discovery plan that the court must deal with, as if I had no right to discovery. It is clear that this was to meet the need of the Defendant Cahill, as Cahill tried to dodge the discovery issue, never responded to my discovery request. With the help of Judge Armstrong, Cahill indeed got away easily, because my complaint against Cahill involved conspiracy that he conducted with the Canadian governments and the University of Toronto and a White professor Waterhouse. Whether it was a conscious conspiracy or tacit compliance, this was a hidden agenda on Judge Armstrong's part. I did not have the chance to raise this issue to higher court because I was not able to proceed to the appeal process since I could not afford the appeal fee.

87. And Judge Armstrong dismissed my case against Cahill despite there were sufficient evidences that I presented to the court about Cahill's perjury/fraud that essentially changed the calculation of statute of limitations on my complaint in favor of him, and despite that to my accusation of perjury/fraud, Cahill himself did not even respond and such silence could only be taken as admission of my argument. My appeal against Judge Armstrong's order was not heard by the higher court because I was not allowed to proceed in forma pauperis and I was not able to afford the appeal fees at the higher courts, since the higher courts not only require a filing fee, but also there will be subsequent fees in the appeal process.

88. By such conduct, Judge Armstrong abused my right to due process, I therefore seek a declaration that she violated my 14th Amendment due process right.

California State Defendants:

89. Kay Yu, in her official capacity as Deputy Attorney General of California, and Bill Lockry, the Attorney General of California, acted as the counsel of record for California state Defendants of my civil rights case in California Superior Court. On or about October 19, 2004, I received a demurrer to my complaint from Yu. However, I checked with the court's Action Register and found there was no such a demurrer filing recorded. I then telephoned the clerk's office and was affirmed that no such a filing. On October 20, I left a message to Yu. Yu called me on October 21, repeatedly told me that she had already filed this demurrer on October 15 and she did so "personally" with the clerk's office. Despite I repeatedly advised her that the action had been stayed so I could not filed any document, Yu threatened me that I had 20 days to respond to the demurrer or my action would be dismissed. I asked her to give me something in writing to clarify that this action was not stayed so I could continue to proceed, for without such assurance, any move of me would constitute "contempt of court". But Yu never responded to my request.

90. I was overwhelmed about that the "Deputy Attorney General of California" and the Attorney General of California had joined the oppression and committed deceit against my civil rights case, feared Yu's dismissal warning and the "contempt of court" charge etc. prosecution, so on October 25, I filed a voluntary dismissal of my case.

91. This is a deceit, an unlawful law practice, in violation of § 6128 of California Business and Profession Code. And because she acted in her official position of Deputy Attorney General of California, so under color of state law, she damaged my case by unlawfully interfere with my 14th Amendment due process right, in violation of §1983. Edmund Brown Jr., as the Attorney General of California, is responsible for all these illegal acts and hereby is sued in his official capacity for a declaratory judgment for violation of 14th Amendment.

Gordon & Rees LLP Defendants:

92. Michael Laurenson and Gordon & Rees LLP acted as counsel on records for James Cahill, Defendant of my civil rights case in federal District Court for the Northern District of California. On May 1, 2005, Cahill knowingly made false material declaration under penalty of perjury for his and his wife's residential and employment histories. And for the same issue, Cahill under penalty of perjury has knowingly made two declarations, which are inconsistent to the degree that one of them is necessarily false. Laurenson and lawyers of Gordon & Rees LLP, as counsels on record to Cahill, committed subornation of perjury, in violation of Title 18, U.S.C., §1622, and in violation of §6128 of California Business and Profession Code – unlawful practice of law: deceit.

US media Defendants

93. This oppression by government was joined by the US media that successfully covered up my story against the US and Canada so far. Since 2006, I found that all the purportedly un-moderated forums on major US media's web sites have set up automatic filters to filter out

any post that would contain my name and the Web page addresses where I publicize my cases: http://www.wliao.150m.com/, and http://wanxialiao.wordpress.com/, etc.

94.  On October 22, 2006, I began to post my story to iReport section on CNN's web site that was claimed by CNN as an un-moderated forum. However, whenever I submitted a message to be posted that contained my name, certain key words of my story, or URL of my Web pages, a page would come up with a message "You are not authorized to view this page!" and my message just simply vanished and never showed up on iReport. Finally I had to play a little trick to get my story submitted – using a nick name, writing up a simple message without my real name and URL of my Web page, but in stead a link to my post on a forum in China (http://www14.tianya.cn/publicforum/Content/worldlook/1/126501.shtml ), and only then it was successfully submitted. Although from the link people on iReport at that moment could only see mostly Chinese, but there is some English writing about my story there and the URL of my English Web page is there. This filter was tested and confirmed by some other Chinese net users in China.

95.  This was the first time I tried to publish my story with CNN. I had never contacted the CNN in anyway. It is incredible that CNN would already have the knowledge about my case, already anticipate my attempt to publish my story on its iReport and already set up an automatic filter to prevent the publishing of my story on its site.

96.  Similarly, in March of 2008, I tried to post my story to Youtube.com in my comments made to the video stories about Tibet riots in China. All messages that contained my Web page

addresses would simply never show up, while my other messages without my web page

address and without certain key words of my case could show up right away, even though

later got removed by the site administrator if any specific info provided on my cases. Same

as for CNN, I had never contacted youtube, never even attempted to publish my story on

Youtube. Apparently, just like CNN, youtube already had knowledge about my case, my

attempt to publish my case, and was programmed to filter out my web pages and my story

automatically.

97. I claim that by doing so CNN and Youtube have conspired with the US government to place

a secret prior restraint on me to deny my right to free speech. Because:

98. (a) Both <u>CNN and Youtube voluntarily waived their rights to censor the content of any one's</u>

<u>input on in their free speech zones.</u> CNN claimed at the time that in its iReport, every one can

post stories that she/he considers a news, and all users at iReport could share each other's

news stories even though the CNN does not pick up these stories as news and report them. It

literally meant that, the iReport was a free speech zone, an "un-moderated forum", that does

not censor the content of any user's news report, no editing and no filtering, as long as the

rules written in CNN's Web site user guidelines are abided by the user.  And Youtube has the

similar free expression claim for the videos and comments posted by people on its Web site.

99. (b) Yet <u>I was not allowed free speech in their free speech zones</u>. This restraint on me cannot

be explained that I violated any rules of CNN and Youtube's Web sites, since I had never

spoke there previously, so could not have broken any of their rules. It could only be about the

content of my post – my human rights case against the US and Canadian governments for

racial persecution. Therefore this restraint is a political censorship.

100.    © And <u>this political censorship came as a prior restraint</u> – it was pre-set, prior to my first

ever attempt to speak on CNN and Youtube's Web sites, specifically designed to prevent the

exposure of my human rights case.

101.    <u>(d) This prior restraint could only be set up through a way of government organized</u>

<u>conspiracy.</u>  Apparently this is a government operation. Without government organization, it

is impossible that CNN and Youtube would have acquired the same knowledge about my

story and set up same kind of automatic filters to prevent the exposure of my case on their

web sites' un-moderated forums. And it is the US government who had the immediate

interests in cover up of my human rights case since my case was directly against the

government. I believe that CNN and Youtube did so to comply with the US governments'

prior restraint order on publication of my case.

102.    <u>(e) And it was an unlawful prior restraint of my free speech</u>, since it was not acquired

through lawful means but through a secret underground plot. As the US Supreme Court

ruled in New York Times Co. v. United States (403 USC 713) that if the government tries to

restrain speech before it is spoken, as opposed to punishing it afterwards, it must: clearly

define what is illegal, get permission of a court by proving the speech is illegal, and show

that allowing the speech would "surely result in direct, immediate and irreparable damage to

our Nation and its people". In my case, however, I was never aware of any such court process against me, that means it was an illegal prior restraint of my free speech.

103.     By doing so CNN and Youtube willfully conspired with US government to cover up for the government's gross abuse of racial minorities' human rights. Wherefore, the US government, as represented by the Attorney General of the United States, CNN and Youtube violated §1985 of the USC: Conspiracy to Interfere with Civil Rights. This political censorship restricting Internet free communications, by the US Congress' definition, is also a violation of the most fundamental human rights - freedom of expression, in violations of First Amendment US Constitution.

US Congress Defendant:

104.     In February 2006, I was very excited to learn that the Congress, the highest law making authority of the US, had launched a campaign to intervene those major US based Internet private companies' conducts to restrict Chinese people's rights to freedom of expression on Internet communications in China. Mr. Christopher Smith, Chairman of the 109th Congress Subcommittee on Africa, Global Human Rights and International Operations, held an investigative hearing and publicly condemned the conducts of those companies, Yahoo, Google, MSN, etc., who had helped the Chinese government restrict Chinese people's rights to freedom of expression on Internet. Further, the Congress was in a process to make laws to regulate these companies' conducts in China to comply with US's values on human rights,

particularly, freedom of expression, and study the possibility of bringing down the "Great Firewall of China" that censors the Chinese Internet.

105. I found that I was in the exact same situation like the people in China – these exactly same American Internet companies, Yahoo, Google, and other American based message boards, etc. were restricting my freedom of expression on the Internet. For they had shut down my Web Site, deleted and filtered my posts from publishing even on those un-moderated Internet news groups, etc., so imposed same kind of restriction of freedom of expression on me as that been done to Chinese people in China by them. I was then very encouraged to send a complaint to Mr. Christopher Smith on May 15, 2006. In the Complaint, I described my experiences with these companies, and made urgent request to him that he act on my complaint against these companies in the same way as he did on their same kinds of conduct in China, and include my complaint into his campaign for investigation and public condemnation.

106. In the Complaint I also brought in other issues such as that American government agent colluded with the former Supreme Court of Canada judge, High Commissioner for Human Rights at UN Louis Arbor to cover up for US and Canadian governments, seized all my complaints sent to the UN's international human rights bodies, in violation of the UN's human rights complaint rules, and the death threat I received on Yahoo's message board while posting my story, etc.

107. I claimed in this Complaint:

"I have this standing to bring this complaint, as the Congress of United States has been known as most adamantly committed to human rights cause of the whole world, taking on the individual human rights abuse complaints from over the wold for hearing and public condemnation. Particularly notable is that numerable individual human rights complainants from China have been invited to speak before the Congress, alleging a wide range of human rights abuses in China. I am a Chinese and my human rights complaint involves the same and even more brutal abuses, as compared to those abuses cited for Chinese government in the 2005 Country Human Rights Practice Report (Report) issued by the US Department of State. And most crucially, my human rights complaint is not against China, but your own US government, and the government of your political ally Canada. I trust it is accepted by every person with common sense that you do not have the right and the standing to demand other nations to do things that you yourself refuse to do. Therefore, I believe that the Congress will treat my complaint not only same as those from China and other nations, but also give it priority for investigative hearing."

108.    However, I never received any response from Smith. Defendant Smith's silence on my complaint can only mean that my arguments are indisputable – that the human rights abuses committed by US and Canadian governments on me are even more serious compared to those cited for Chinese government in the US 2005 Country Human Rights Practice Report.

109.    And compared to his leading role in vigorously criticizing the Chinese and other governments for the same kind (and less serious than that in US) of human rights abuses as the Chairman of the US Congress human rights caucus, Defendant Smith had no any justifiable reason not to investigate my complaint. Therefore, the silence of Defendant Smith on my complaint can only mean that he condones and endorses the gross human rights abuses committed by his own US government and Canadian government.

110.    Such a discrepancy in Defendant Smith's human rights practice towards different nations reveals the hypocrisy of the "global human rights cause" that he has been advocating, and the racism nature of this "global human rights cause". Because if Smith has no interest to support

and protect me, this Chinese, for my human rights, what is his purpose to protect and support human rights for those Chinese in China? It can only mean that what he really concerned is not whether the Chinese enjoys human rights or not, but rather to claim the "moral supremacy" of the American and Western nations for purpose of maintaining their racial/political hegemony. And once a Chinese person exercises this same right but against his own and other Western nations' governments, he supports the prosecution on this Chinese much more brutally than the Chinese government does to its people.

111.    For reasons stated above, Defendant Christopher Smith is hereby sued in his official capacity, for a declaratory judgment for violations of 14th Amendment of United States Constitution – equal protection clause, and International Covenant on Civil and Political Rights, Article 26: "All persons are equal before the law and are entitled without any discrimination to the equal protection of the law. In this respect, the law shall prohibit any discrimination and guarantee to all persons equal and effective protection against discrimination on any ground such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status."

**CLAIMS FOR RELIEF**

112.    WHEREFORE, I pray for judgement against Defendants as follows:

a). For general damages, according to proof;

b). For special damages, according to proof;

c). For interests on all sums awarded, according to proof;

d). For punitive and exemplary damages, according to proof;

e). For declaratory relives as stated above;

f). For equitable and such other and further relief as the Court deems just and proper.

JURY TRIAL DEMANDED for ALL ISSUES in this complaint.

Dated this 22nd day of December, 2008

Wanxia Liao
Plaintiff