**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WANXIA LIAO, | No.  C 08-02776 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 11] |
| JOHN ASHCROFT, United States Attorney General, *et al.*, | |
| Defendants. | |

After defendant CNN filed a Special Motion to Strike Complaint Pursuant to C.C.P. § 425.16 or, alternatively, to Dismiss under Fed. R. Civ. P. 12(b)(6) on November 10, 2008, *see* Docket No. 11, plaintiff filed a first amended complaint on December 22, 2008, *see* Docket No. 20.  In response, defendant filed another Special Motion to Strike Complaint Pursuant to C.C.P. § 425.16 or, alternatively, to Dismiss under Fed. R. Civ. P. 12(b)(6) on January 9, 2008.  *See* Docket No. 28. Defendant's first Special Motion to Strike Complaint Pursuant to C.C.P. § 425.16 or, alternatively, to Dismiss under Fed. R. Civ. P. 12(b)(6) [Docket No. 11] is DENIED as moot.  The hearing set for this motion on January 20, 2009, is VACATED.

IT IS SO ORDERED.

January 13, 2009

_____
Saundra Brown Armstrong
United States District Judge