```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendant United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WANXIA LIAO, ) | No. C 08-2776 PJH |
| ) | |
| Plaintiff, ) | **UNITED STATES' REPLY REGARDING ITS MOTION TO DISMISS JUDGE SAUNDRA B. ARMSTRONG** |
| v. ) | |
| JOHN ASHCROFT, ET AL., ) | |
| ) | Date: April 29, 2009 |
| Defendants. ) | Time: 9:00 a.m. |

The United States filed a motion to dismiss the Honorable Saundra B. Armstrong from the above-entitled action on March 18, 2009. A hearing on this motion is scheduled for April 29, 2009.[1] Pursuant to Northern District of California Local Rule 7-3(a), any opposition to the motion to dismiss was due no later than April 8, 2009. *See* L.R. 7-3(a) ("Any opposition to a motion must be served and filed not less than 21 days before the hearing date."). The plaintiff

---

[1] Although the plaintiff has filed a notice of appeal from this Court's March 11, 2009 Order of Dismissal, this notice of appeal does not divest this Court of jurisdiction to rule on the United States' motion to dismiss Judge Armstrong because the Court's March 11, 2009 Order did not dispose of all claims against all parties. *See Ruby v. Secretary*, 365 F.2d 385, 388 (9th Cir. 1966) (notice of appeal from nonfinal order is a nullity and does not transfer jurisdiction to the court of appeals); *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1135 (9th Cir. 1997 (en banc) (stating that a final order must dispose of all claims against all parties).

has not filed any opposition to the motion to dismiss. Accordingly, the United States' motion to dismiss the claims against Judge Armstrong in the above-captioned action should be granted as unopposed and for the reasons set forth in the motion to dismiss.

DATED: April 13, 2009                    Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                              /s/
                                         EDWARD A. OLSEN
                                         Assistant United States Attorney