Wanxia Liao
Plaintiff
7 Beatrice St.,
Toronto, Ontario
Canada M6J 2T2
Tel: 416-537-0656

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA

| WANXIA LIAO, | Case No.: 08-cv-02776 PJH |
|---|---|
| Plaintiff, | |
| vs. | OPPOSITION TO KAY YU'S |
| | MOTION TO DISMISS |
| JOHN ASHCROFT et al. | |
| | Date: May 20, 2009 |
| | Time: 9:00 a.m. |
| Defendants | (By telephone participation) |

MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION

I oppose Defendant Kay Yu's Motion to Dismiss on the following grounds:

**I. My claim for damages under §6128 of California Business and Profession Code must stand as unopposed.**

I made 2 claims against Defendant Kay Yu in my Complaint:

- 1

OPPOSITION Liao v.Ashcroft et al.

"Defendant Kay Yu is Deputy Attorney General of California. She is sued in her individual capacity, under §1983, for violation of Fourteenth Amendment due process clause. She is also sued for damages for violation of §6128 of California Business and Profession Code."

In her Motion to Dismiss, Yu only contended my §1983 claim, and did not oppose my damage claim. There is even no any mentioning of this claim of violation of §6128 in her motion to dismiss. Therefore the claim must stand as unopposed.

**II. Immunity does not apply to criminal statutes, so inapplicable to my §6128 claim.**

Government official immunities only apply to suits raising under civil statutes, not criminal statues. §6128 of California Business and Profession Code is a criminal statute:

> 6128. Every attorney is guilty of a misdemeanor who either:
>   (a) Is guilty of any deceit or collusion, or consents to any
> deceit or collusion, with intent to deceive the court or any party.
>   (b) Willfully delays his client's suit with a view to his own
> gain.
>   (c) Willfully receives any money or allowance for or on account of
> any money which he has not laid out or become answerable for.
>   Any violation of the provisions of this section is punishable by
> imprisonment in the county jail not exceeding six months, or by a
> fine not exceeding two thousand five hundred dollars ($2,500), or by
> both.

Therefore, the civil suit immunity is not applicable for my claim under this criminal statute. Yu as government attorney, must abide the laws of the state of California. Pursuant to 28 U.S.C. §530B(a):

- "[a]n attorney for the Government shall be subject to State laws and rules, and local Federal court rules, governing attorneys in each State where such attorney engages in that

attorney's duties, to the same extent and in the same manner as other attorneys in that State."

**III. Yu cannot claim "quasi-judicial" immunity.**

As Yu is not judge, or court officers who perform certain duties related to the judicial process.

Therefore, Yu's motion must be denied.

..........

Dated this 28th day of February, 2009

Wanxia Liao
Plaintiff

- 3

OPPOSITION Liao v.Ashcroft et al.