1  EDMUND G. BROWN JR., Attorney General
     of the State of California
2  PAUL T. HAMMERNESS,
     Supervising Deputy Attorney General
3  KAY K. YU, (State Bar No. 142479)
     Deputy Attorney General
4  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-3664
5  Telephone:(415) 703-5593
   Facsimile: (415) 703-1107
6  Kay Yu in Pro Per

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WANXIA LIAO<br><br>        Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, ET AL.<br><br>        Defendants. | CASE NO. C08-02776 PJH (PP)<br><br>**KAY YU'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: May 20, 2009<br>Time: 9:00 a.m.<br>Place: Ctr. 5, 17th Floor<br>Judge: Phyllis J. Hamilton |

COME NOW, defendant Kay K. Yu and replies to plaintiff's opposition to the motion to dismiss.

## MEMORANDUM OF POINTS AND AUTHORITIES

### PRELIMINARY STATEMENT

In opposition, plaintiff contends that her state law cause of action under California Business and Profession Code § 6128 was unopposed by Deputy Attorney General Kay Yu. This is incorrect. Absolute quasi-judicial immunity also bars any state law claims.

Plaintiff states that § 6128 of the California Business and Profession Code is a criminal statute. It is not. In any event, plaintiff has no standing to prosecute an action pursuant to § 6128 of the Code of Business and Profession.

1

Liao v. Ashcroft, , et al. PJH
U.S.D.C. No. C8-02776
thereof.

Kay Yu's Reply to Plaintiff's Opposition to t
Motion to Dismisst; M &Ps in support

Finally, plaintiff asserts that quasi-judicial immunity is not applicable to Deputy Attorney General Yu. This is incorrect.

# ARGUMENT

## I.

### ABSOLUTE QUASI-JUDICIAL IMMUNITY BARS ANY STATE LAW CLAIMS AGAINST DEFENDANT YU

The immunity offered in state court is identical to the immunity offered in federal court. In *Howard v. Drapkin* (1990) 222 Cal.App.3d 843, the Court opined:

> "We are persuaded that the approach of the federal court is consistant with the relevant policy considerations of attracting an overburdened judicial system the independent and impartial services and expertise upon which that system necessarily depends. Thus, we believe it appropriate that these "non-judicial persons who fulfil quasi-judicial functions intimately related to the judicial process [citation] should be given absolute quasi-judicial immunity for damage claims arising from their performance of duties in connection with the judicial process..."

*Id.* at 857.

Consequently, Deputy Attorney General Yu is protected by absolute quasi-judicial immunity against any state law claims alleged by plaintiff.

## II.

### PLAINTIFF HAS NO STANDING TO PROSECUTE AN ACTION UNDER THE BUSINESS AND PROFESSION CODE § 6128

Business and Profession Code § 6000 et seq. governs attorneys in California. Section 6001 created the State Bar of California. The State Bar is a public corporation created by the legislature as an administrative arm of the California Supreme Court for the purpose of assisting in matters of admission and discipline of attorney. *Emslie v. State Bar of California* (1974) 11 Cal.3d 210.

The State Bar is the only entity who may discipline an attorney pursuant to the Business and Profession Code. Plaintiff has no standing, as an individual, to prosecute any claims under § 6128.

2

Liao v. Ashcroft, , et al. PJH
U.S.D.C. No. C8-02776
thereof.

Kay Yu's Reply to Plaintiff's Opposition to t
Motion to Dismisst; M &Ps in support

## III.

## DEPUTY ATTORNEY GENERAL YU IS ENTITLED TO ABSOLUTE QUASI-JUDICIAL IMMUNITY UNDER FEDERAL LAW

Defendant Yu is immune for actions taken during the judicial phase of litigation. *Food v. Harrington*, 532 F.2d 1248, 1250-52 (9th Cir. 1978); Fry v. Melarango, 939 F.2d 832, 836 (9th Cir. 1991).

All the actions alleged in the first amended complaint were taken by defendant Yu during the judicial phase of litigation. Therefore, Deputy Attorney General Yu is immune from civil liability.

## CONCLUSION

For the foregoing reasons, Deputy Attorney General Yu respectfully requests that the motion to dismiss be granted with prejudice.

Dated: April 29, 2009

Respectfully submitted,

EDMUND G. BROWN JR., Attorney General
 of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
KAY K. YU
 Deputy Attorney General

By: /s/
KAY K. YU
In Pro Per

3

Liao v. Ashcroft, , et al. PJH
U.S.D.C. No. C8-02776
thereof.

Kay Yu's Reply to Plaintiff's Opposition to t
Motion to Dismisst; M &Ps in support

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **LIAO, Wanxia v. John Ashcroft, et al.**
No.:  **C 08-02776-SBA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 30 2009</u>, I served the attached **KAY YU'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Wanxia Liao**
**7 Beatrice St.**
**Toronto, Canada M6J2T2**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 30, 2009, at San Francisco, California.

|  Anh Ho  |  /s/  |
| :---: | :---: |
| Declarant | Signature |

SF2008200726
40332448.doc