**United States District Court**
For the Northern District of California

1

2

3                   UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6

7
   WANXIA LIAO,
8
            Plaintiff,                          No. C 08-2776 PJH
9
      v.                                        **ORDER DENYING MOTION FOR
10                                              REASSIGNMENT OF CASE**
   JOHN ASHCROFT, et al.,
11
            Defendants.
12   _____/

13        On March 30, 2009, plaintiff Wanxia Liao filed an affidavit in support of a request for

14   disqualification of the undersigned judge, pursuant to 28 U.S.C. § 144.  On April 16, 2009,

15   the court filed an order denying several of plaintiff's recently-filed motions, including the

16   request for disqualification.  The court denied the § 144 request on the basis that the

17   supporting affidavit was legally insufficient.

18        Plaintiff now seeks an order referring her § 144 request to the Clerk for random

19   assignment to another judge.  Plaintiff bases her request on her interpretation of Civil Local

20   Rule 3-15.  Local Rule 3-15 clearly states, however, that a request for disqualification shall

21   be referred to the clerk for random assignment to another judge only when the assigned

22   judge has "found that the affidavit is neither legally insufficient nor interposed for delay."

23   Civil L.R. 3-15.  Here, the court determined that the affidavit was legally insufficient.

24   Accordingly, the motion is DENIED.

25

26   **IT IS SO ORDERED.**

27   Dated:  May 4, 2009

28                                              _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge