UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WANXIA LIAO,                                          No. C 08-2776 PJH

       Plaintiff,                                        **JUDGMENT**

    v.

JOHN ASHCROFT, et al.,

       Defendants.
_____/

The court having dismissed the claims against all of the defendants with prejudice,

it is Ordered and Adjudged

that judgment be entered in favor of defendants.

**IT IS SO ORDERED.**

Dated: May 15, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge